# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-188-02 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| SARAH S. McCLAIN | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

The Report and Recommendation [Record Document 41] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Sarah S. McClain, and adjudges her **GUILTY** of the offense charged in Count Three of the Indictment against her.

**THUS DONE AND SIGNED** in chambers on this 24 day of September, 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE